**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6353**

---

HAYWOOD WILLIAMS, JR.,

Plaintiff - Appellant,

versus

OFFICE OF THE UNITED STATES ATTORNEY; UNITED
STATES MARSHALS SERVICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CA-96-332-2)

---

Submitted:  May 25, 2000                     Decided:  June 6, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Haywood Williams, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Haywood Williams, Jr., appeals the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Office of the United States Attorney</u>, No. CA-96-332-2 (E.D. Va. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>